# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: May 24, 2021

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

JOHN NEWSOME,           \*       No. 19-1606V

                                     \*

         Petitioner,        \*       Special Master Sanders

                                     \*

v.                                   \*

                                   \*       Notice of Voluntary Dismissal; Vaccine Rule 21(a);

SECRETARY OF HEALTH      \*       No Judgment; Order Concluding Proceedings

AND HUMAN SERVICES,      \*

                                   \*

         Respondent.        \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

## ORDER CONCLUDING PROCEEDINGS[1]

On May 14, 2021, Petitioner filed a notice of voluntary dismissal pursuant to Vaccine Rule 21(a)(1)(A). ECF No. 26.

Accordingly, pursuant to Vaccine Rule 21(a) the above-captioned case is hereby **dismissed without prejudice**. The Clerk of Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Herbrina D. Sanders
Herbrina D. Sanders
Special Master

---

[1] This Decision shall be posted on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2012)). **This means the Decision will be available to anyone with access to the Internet**. As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b).